# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2751 Disciplinary Docket No. 3 |
| | : | |
| DAVID MICHAEL DeCLEMENT | : | Board File No. C1-20-536 |
| | : | |
| | : | (Supreme Court of New Jersey, D-18 |
| | : | September Term 2019) |
| | : | |
| | : | Attorney Registration No. 71974 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2020, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, David Michael DeClement is suspended from the practice of law for a period of six months in the Commonwealth of Pennsylvania. He shall comply with all the provisions of Pa.R.D.E. 217.